**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DOUGLAS SMITH,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:11-CV-02093 |
| vs. | : | (Complaint Filed 11/8/11) |
| **CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,** | : | (Judge Caputo) |
| Defendant | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of Douglas Smith and against Carolyn W. Colvin, Acting Commissioner of Social Security, as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Douglas Smith social security disability insurance benefits and supplemental security income benefits is vacated and the case remanded to the Commissioner of Social Security to:

2.1 Fully develop the record, conduct a new administrative hearing and appropriately evaluate the medical and vocational evidence.

3. The Clerk of Court shall close this case.

s/A.Richard Caputo
A. RICHARD CAPUTO
United States District Judge

Dated: May  8, 2013